LENA BILLHORN, Appellant, v. MICHAEL A. DOMBEK and Others, Respondents, and CITY OF NEW YORK, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Tompkins, JJ.

CITIZENS' FINANCE CORPORATION, Appellant, v. ANDREW W. AHERN, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

ESSEX HOLDING CORPORATION, Appellant, v. M. LEHMAN & SONS Co., INC., Respondent.— Order fixing the damages sustained by the defendant by reason of the temporary injunction reversed upon the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. This motion was premature. (Slingerland v. Albany Typographical Union, 115 App. Div. 15; Lockwood's Dollar Cleaners, Inc., v. Lockwood, 137 Misc. 446; McGown v. Barnum, 42 id. 585.) Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

574–582 BEDFORD AVENUE CORPORATION, Respondent, v. LAND MARK CORPORATION, Appellant.— Judgment unanimously affirmed, with costs. In our opinion this transaction is not to be likened to the ordinary case of purchase and sale of real estate. These parties were coadventurers in the purchase of this property, and the sale of the share represented by the plaintiff corporation to the defendant was, in effect, the same as a partner selling to his copartner. The knowledge of the defendant of the entire situation deprived it of the right to claim the encroachments to be a defect of title. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

ADELE GALLAHER, Respondent, v. DE FOREST PHONOFILM CORPORATION, Appellant, and Others, Defendants.— Order denying motion of defendant De Forest Phonofilm Corporation for judgment on the pleadings affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

HARRY GOORFIN, Appellant, v. MORRIS LAMBERT, Respondent.— Order granting defendant's motion to dismiss complaint and for judgment on the pleadings reversed upon the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. In our opinion the complaint sufficiently states a cause of action for malicious prosecution. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

HOBART HOLDING Co., INC., Appellant, v. FORTWELL REALTY CORPORATION and Others, Defendants. KELVINATOR SALES CORPORATION, Respondent.—Order modifying judgment of foreclosure and sale reversed upon the facts, without costs, and motion denied, without costs, upon the ground that the rights of Kelvinator Sales Corporation, respondent here, have been determined on the appeal in Hobart Holding Co., Inc., v. Fortwell Realty Corporation (post, p. 689), decided herewith, and the case is remitted to the Special Term for the entry of an order directing the referee to make and deliver to the purchaser a correction deed. Lazansky, P. J., Young, Kapper, Carswell and Scudder, JJ., concur.